# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERIC RESH,<br><br>    Plaintiff,<br><br> v.<br><br>RON HETZNER, an individual; JESS HETZNER, an individual; OREQ CORP., a California corporation; and DOES 1 THROUGH 5, inclusive,<br><br>    Defendants.<br><br>OREQ CORP., a California Corporation,<br><br>    Counterclaimant,<br><br> v.<br><br>ERIC RESH, an individual,<br><br>    Counterdefendant. | Case No. CV 13-0830 JGB<br>   (SPx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, Defendants' Motion for Summary Judgment is hereby GRANTED. The

1

1 Court DENIES Defendants' Application to File Under Seal
2 Certain Documents and DENIES Plaintiff's Application to
3 File Under Seal Certain Documents.
4
5     Therefore, IT IS ORDERED AND ADJUDGED that
6 Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The
7 Court orders that such judgment be entered.
8
9
10 Dated:  October 31, 2014    _____
11                                      Jesus G. Bernal
                                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27